Stamatios Stamoulis #01790-1999
STAMOULIS & WEINBLATT LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
(302) 999-1540
stamoulis@swdelaw.com

*Attorneys for Plaintiff*
*Blackbird Tech LLC d/b/a Blackbird Technologies*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| BLACKBIRD TECH LLC d/b/a BLACKBIRD TECHNOLOGIES,<br><br>   Plaintiff,<br><br>v.<br><br>ONTEL PRODUCTS CORPORATION,<br><br>   Defendant. | C.A. No. 17-cv-06377-CCC-MF<br><br>JURY TRIAL DEMANDED |

**STIPULATION TO STAY CASE**

Plaintiff Blackbird Tech LLC d/b/a Blackbird Technologies ("Plaintiff") and Defendant Ontel Products Corporation. ("Defendant" and with Plaintiff, the "Parties"), have met and conferred regarding Defendant's Motion to Stay (DI 23), and have concluded that a stay of these proceedings pending the *ex parte* reexaminations currently instituted by the U.S. Patent and Trademark Office regarding the patent-in-suit (control number 90/014,061 and 90/014,079) is in the interest of efficient allocation of Court and Party resources. Accordingly, the Parties, by and through their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, that this matter, including all pending deadlines (*see* Scheduling Order (DI 20)) be stayed pending the resolution of the *ex parte* reexamination proceedings. The parties request that all

scheduled hearings, including the In-Person Status Conferences set for April 19, 2018 (DI 27) and June 19, 2018 (*see* DI 20) be taken off the Court's calendar. This stipulation renders moot Defendant's Motion to Stay (DI 23).

The Parties will jointly notify the Court, by letter, within 14 days of the final resolution of the *ex parte* reexamination proceedings. The parties are willing to submit further details regarding the *ex parte* reexaminations if requested by the Court.

Dated: April 4, 2018

STAMOULIS & WEINBLATT LLC

By: */s/ Stamatios Stamoulis*
    Stamatios Stamoulis (#01790-1999)
    Two Fox Point Centre
    6 Denny Road, Suite 307
    Wilmington, D E 19809
    (302) 999-1540
    Stamoulis@swdelaw.com
    Weinblatt@swdelaw.com

*Attorneys for Plaintiff Blackbird Tech LLC d/b/a/ Blackbird Technologies*

DICKINSON WRIGHT PLLC

*/s/John S. Artz*
John S. Artz (*Pro Hac Vice*)
Jsartz@dickinsonwright.com
Franklin M. Smith (*Pro Hac Vice*)
Fsmith@dickinsonwright.com
**DICKINSON WRIGHT PLLC**
2600 W. Big Beaver Rd., Suite 300
Troy, Michigan 48084
Telephone: (248) 433-7200

Donald A. Beshada
dbeshada@gmail.com
**BESHADA FARNESE LLP**
108 Wanaque Ave.
Pompton Lakes, NJ 07442
Telephone: (973) 831-9910

Attorney for Defendant Ontel Products Corporation

SO ORDERED this __5__ day of April, 2018.

HON. MARK FALK, U.S.M.J.