Stamatios Stamoulis #01790-1999
STAMOULIS & WEINBLATT LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
(302) 999-1540
stamoulis@swdelaw.com

*Attorneys for Plaintiff*
*Blackbird Tech LLC d/b/a Blackbird Technologies*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BLACKBIRD TECH LLC d/b/a BLACKBIRD TECHNOLOGIES,<br><br>    Plaintiff,<br><br>v.<br><br>ONTEL PRODUCTS CORPORATION,<br><br>    Defendant. | C.A. No. 17-cv-06377-CCC-MF<br><br>JURY TRIAL DEMANDED |

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is stipulated and agreed that all claims brought by Plaintiff against Defendant are dismissed with prejudice. It is further stipulated and agreed that each party will bear its own costs, expenses, and attorneys' fees.

Dated: March 18, 2019

STAMOULIS & WEINBLATT LLC

By: _____
Stamatios Stamoulis (#01790-1999)
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, D E 19809
(302) 999-1540
Stamoulis@swdelaw.com
Weinblatt@swdelaw.com

*Attorneys for Plaintiff Blackbird Tech LLC d/b/a/ Blackbird Technologies*

DICKINSON WRIGHT PLLC

_____
John S. Artz (*Pro Hac Vice*)
Jsartz@dickinsonwright.com
Franklin M. Smith (*Pro Hac Vice*)
Fsmith@dickinsonwright.com
**DICKINSON WRIGHT PLLC**
2600 W. Big Beaver Rd., Suite 300
Troy, Michigan 48084
Telephone: (248) 433-7200

Donald A. Beshada
dbeshada@gmail.com
**BESHADA FARNESE LLP**
108 Wanaque Ave.
Pompton Lakes, NJ 07442
Telephone: (973) 831-9910


*Attorney for Defendant Ontel Products Corporation.*

SO ORDERED this ____th day of March, 2018.

_____
United States District Judge

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2018, I electronically served the forgoing document on all counsel of record in this action.

/s/ *Stamatios Stamoulis*

Stamatios Stamoulis (1790-1999)